383

**No. 47961.**—Protests 724266–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that the harvest hats in question, valued at less than $3 per dozen, are the same in all material respects as those involved in *Caradine Hat Co. v. United States* (9 Cust. Ct. 69, C. D. 664), some of the harvest hats were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and others imported or withdrawn for consumption subsequent to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at only 12½ percent ad valorem under paragraph 1504 (b) (5) and the said trade agreement.

**No. 47962.**—Protests 556413–G, etc., of Ecuadorian Panama Hat Co., Inc., et al. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that the harvest hats in question, valued at less than $3 per dozen, are the same in all material respects as those involved in *Caradine Hat Co. v. United States* (9 Cust. Ct. 69, C. D. 664), some of the harvest hats were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and others imported or withdrawn for consumption subsequent to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at only 12½ percent ad valorem under paragraph 1504 (b) (5) and the said trade agreement.

**No. 47963.**—Protest 94135–K of Saks & Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel the mufflers in question, having been imported subsequent to the effective date of the said trade agreement, were held dutiable at 45 percent under paragraph 1209 and T. D. 49753, as claimed.

BEFORE THE FIRST DIVISION, JANUARY 28, 1943

**No. 47964.**—Protest 940348–G of New York Mdse. Co., Inc. (New York).

Opinion by OLIVER, P. J.   The uncontradicted testimony fairly established that the articles in question are metal horns chiefly used on bicycles or tricycles as a warning signal, and that they are composed in chief value of base metal, not plated with platinum, gold, or silver, or colored with gold lacquer.   The claim at 45 percent under paragraph 397 was therefore sustained as to this item.

**No. 47965.**—Protest 50928–K of Geo. S. Bush & Co., Inc. (Portland, Oreg.).